IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 22 2006

at ____ o'clock and ____ min. ___ M
SUE BEITIA, CLERK

| | |
|---|---|
| Anastacio Daguio ) | CV NO. 01-00807EFS-KSC |
| ) | |
| Plaintiff(s), ) | Trial Exhibits |
| ) | RECEIPT FOR EXHIBITS |
| vs. ) | |
| City & County of Honolulu ) | |
| ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

I, Derek T. Mayeshiro the designated Court custodian of all exhibits for this case, acknowledge receipt of said exhibits and assume full responsibility for the preservation and maintenance of said exhibits until the final disposition of this case.

DATED:   Honolulu, Hawaii, August 22 p.m., 2006

_____
Signature

For: Derek T. Mayeshiro

Post-It® Fax Note   7671   Date 8/22/06   # of pages 1
To Leslie Sai         From R. Murakami
Co./Dept. U.S.D.C.    Co. City
Phone #               Phone # 527-5634
Fax # 541-1301        Fax # 523-4583